IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re DARRYL WININGHAM,                    No. C 11-01248 CW (PR)

                                           ORDER OF DISMISSAL WITHOUT
                                           PREJUDICE

_____/

       This case was commenced when Plaintiff filed a letter

addressed to the Honorable Maxine M. Chesney, which was construed

as an attempt to file an action under 42 U.S.C. § 1983.  Plaintiff

did not pay the filing fee or file a motion for leave to proceed in

forma pauperis (IFP).

       On the same day the action was filed, the Clerk of the Court

sent a notice to Plaintiff, informing him that he did not file his

claims on a civil rights complaint form.  The Clerk also sent

another notice to Plaintiff, informing him that his action could

not go forward until he paid the filing fee or filed a completed

prisoner's IFP application.  The Clerk sent Plaintiff a blank civil

rights complaint form as well as a blank IFP application and told

him that he must submit these documents within thirty days or his

action would be dismissed.

       More than thirty days have passed and Plaintiff has not filed

the necessary documents or otherwise communicated with the Court.

Accordingly, this action is DISMISSED WITHOUT PREJUDICE.

       The Clerk of the Court shall close the file.

       IT IS SO ORDERED.

Dated: 4/15/2011

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California

1
2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

3

4

DARRYL WININGHAM,

Case Number: CV11-01248 CW

Plaintiff,

5

**CERTIFICATE OF SERVICE**

v.

6

// et al,

7

Defendant.

8

_____/

9

10

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

11

12

That on April 15, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

13

14

15

Darryl  Willingham AE8217
5D43

16

San Quentin State Prison
San Quentin,  CA 94974

17

Dated: April 15, 2011

18

Richard W. Wieking, Clerk
By: Nikki Riley, Deputy Clerk

19

20

21

22

23

24

25

26

27

28

United States District Court
For the Northern District of California